United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 16-03235-RNO
John W. Potoskie                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: PRadginsk        Page 1 of 1        Date Rcvd: Sep 12, 2016
                           Form ID: ordsmiss       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db              +John W. Potoskie,    937 Burton Street,    Freeland, PA 18224-1301
4819481          Select Portfolio Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT  84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               EDI: RECOVERYCORP.COM Sep 12 2016 19:23:00      Recovery Management Systems Corporation,
                  25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
4823050          EDI: RECOVERYCORP.COM Sep 12 2016 19:23:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                        TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joshua I Goldman   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
              National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
              2005-HE1, Asset-Backed Certificates Series 2005-HE1 bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John W. Potoskie
**Debtor(s)**

Chapter          13

Case No.         5:16–bk–03235–RNO

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated:  September 12, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk